# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL NORR, | Case No.: 2:22-cv-00338-APG-BNW |
| Petitioner | **Order** |
| v. | |
| AUSTRALIS CAPITAL (NEVADA), INC. and AUSTRALIS CAPITAL, INC., | |
| Respondents | |

In light of petitioner Daniel Norr's response to the order to show cause (ECF No. 4), I will not dismiss this case for lack of subject matter jurisdiction at this time. However, jurisdiction has not been established in this court, and I will not issue any substantive orders until jurisdiction is established.

I THEREFORE ORDER that petitioner Daniel Norr shall file a supplemental response to the order to show cause within 15 days after the Supreme Court of the United States issues its decision in *Badgerow v. Walters*, No. 20-1143.

DATED this 8th day of March, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE